## WICKERY *v.* FIELD.

LUMPKIN, J. There was sufficient evidence to sustain the verdict, and the trial court did not err in overruling the motion for a new trial.

                          *Judgment affirmed. All the Justices concur.*

Submitted January 14,—Decided April 17, 1908.

Complaint. Before Judge Gober. Gilmer superior court. July 13, 1907.

*A. H. Burtz* and *J. P. Brooke,* for plaintiff in error.

*J. Z. Foster,* contra.